# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DACIA GONZALEZ and EVA VELAZQUEZ<br>v.<br>BRINKER INTERNATIONAL PAYROLL CO., L.P. | FILED: MAY 14, 2008<br>08CV2781 J. N.<br>JUDGE KENNELLY<br>MAG. JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DACIA GONZALEZ
EVA VELAZQUEZ

| NAME (Type or print) |
|---|
| Robert W. Maucker |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert William Maucker |
| FIRM<br>R.W. MAUCKER, P.C. |
| STREET ADDRESS<br>9231 S. Roberts Road |
| CITY/STATE/ZIP<br>Hickory Hills, Illinois 60457 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6246907 | TELEPHONE NUMBER<br>708-233-3815 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐