# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Dacia Gonzalez, et al.

                                            Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−02781

　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Matthew F. Kennelly

Brinker International Payroll Company, L.P.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 7/14/2008. The parties are discussing settlement. Status hearing continued to 7/28/2008 at 09:00 AM., with attorneys by telephone. Filing of response to complaint is deferred. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.