UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Dacia Gonzalez, et al.
                                         Plaintiff,

v.                                        Case No.:
                                          1:08−cv−02781
                                          Honorable Matthew F. Kennelly

Brinker International Payroll Company, L.P.
                                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held with attorneys for both sides by telephone. Pursuant to settlement, the case is dismissed, with leave to reinstate on or before 8/28/2008 if settlement is not completed by that date. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.